UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 235 FRINGE BENEFIT
FUNDS and LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235,   :   **ORDER**
         Plaintiffs,
v.                                                                                  :   22 CV 2365 (VB)

B&B CONCRETE ENTERPRISES, INC., and
PAULA ESTEVES,
         Defendants.
--------------------------------------------------------------x

      On March 23, 2022, plaintiffs commenced the instant action. (Doc. #1).

      On March 24, 2022, the Clerk of Court issued summonses as to defendants. (Doc. #5).

      On April 1, 2022, plaintiffs docketed proof of service indicating service on defendant B&B Concrete Enterprises, Inc., on March 28, 2022. (Doc. #6). Accordingly, B&B Concrete Enterprises, Inc., had until April 18, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      On April 14, 2022, plaintiffs docketed proof of service indicating service on defendant Paula Esteves on April 3, 2022. (Doc. #7). Accordingly, Ms. Esteves had until April 25, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiffs are ORDERED to seek certificates of default as to defendants by May 11, 2022, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by May 25, 2022. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: April 27, 2022
      White Plains, NY

                                 SO ORDERED:

                                 _____
                                 Vincent L. Briccetti
                                 United States District Judge