

**BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

> APPLICATION GRANTED:
>
> The order to show cause hearing before Judge Briccetti is adjourned from July 14, 2022, to **August 18, 2022, at 10:30 a.m.** The conference before Judge Briccetti will be held in Courtroom 620.
>
> Plaintiffs shall serve a copy of this Order on defendants by mail (and email, if known) and shall file proof of service on the docket by **July 13, 2022**.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.,
> July 12, 2022

Letter Motion via ECF
Hon. Judge Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601.

Re: <u>Trustees of Laborers International Union of North America Local 235 Fringe Benefit Funds and the Laborers International Union of North America Local 235 v. B&B Concrete Enterprises, Inc. et al. (22-cv-02365 (VLB)</u>

Dear Honorable Judge Briccetti:

We represent the Plaintiff in the above-captioned matter. Defendants have not appeared. The conference for the Order to Show Cause for entry of a Judgment on Default in this matter is scheduled for July 14, 2022 at 10:00 a.m.

Our offices were just contacted by the Defendant regarding settlement. We respectfully request a thirty (30) day adjournment of the conference for the Order to Show Cause to allow the parties time to settle the matter.

Thank you for your attention and courtesies in this matter.

Sincerely,

Michele Joy Harari
Michele Joy Harari, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/22